No. 673. MINNESOTA MINING & MANUFACTURING Co. *v.* SEARS, ROEBUCK & Co. ET AL., 355 U. S. 932;

No. 675. MILLER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE, 355 U. S. 939; and

No. 332, Misc. ATKINS *v.* ELLIS, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, 355 U. S. 936. Petitions for rehearing denied.

No. 195. NICHOLS ET AL. *v.* ALKER ET AL., 355 U. S. 820. Motion for leave to file petition for rehearing denied.

MARCH 31, 1958.

No. 44. PEREZ *v.* BROWNELL, ATTORNEY GENERAL. Certiorari, 352 U. S. 908, to the United States Court of Appeals for the Ninth Circuit. The motion to substitute William P. Rogers, present Attorney General of the United States, as the party respondent in the place and stead of Herbert Brownell, Jr., resigned, is granted. *Charles A. Horsky* for movant-petitioner. [Case decided the same day. See *ante,* p. 44.]

No. 441, Misc. SHELTON *v.* RANDOLPH, WARDEN;

No. 442, Misc. McDONALD *v.* UNITED STATES ATTORNEY GENERAL;

No. 472, Misc. ORTEGA *v.* RAGEN, WARDEN; and

No. 473, Misc. ANDERSON *v.* DOWD, WARDEN, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 465, Misc. FLOWERS *v.* KLINGBIEL, CHIEF JUSTICE OF THE ILLINOIS SUPREME COURT. Motion for leave to file petition for writ of mandamus denied.